

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the Estate of Michael Allen Hallmark, deceased,

\* From the County Court at Law of Erath County, Trial Court No. P09446.

No. 11-23-00244-CV

\* January 9, 2025

\* Memorandum Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Marvin Hallmark.